IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL A. MARTINEZ, | ) Case No. 11-4624 SC |
| | ) |
| | ) ORDER TO SHOW CAUSE |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WELLS FARGO BANK, N.A., et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

On October 4, 2011, Defendant Wells Fargo, N.A. filed a Motion to Dismiss and a Motion to Strike, with a noticed hearing date of January 13, 2012. ECF Nos. 7 ("MTD"), 8 ("MTS"). However, Plaintiff Rafael A. Martinez ("Plaintiff") failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby ORDERS Plaintiff to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by February 10, 2012. If Plaintiff files a responsive declaration, the Court shall either issue an order based on the declaration or conduct a hearing on February 24, 2012 at 10:00 a.m. in Courtroom 1, 17th Floor, 450 Golden Gate Avenue, San Francisco, California. If Plaintiff fails to file a responsive declaration, Plaintiff is hereby informed that the Court may dismiss the case without a hearing. Thus, it is

imperative that Plaintiff file a written response by the deadline above.

IT IS SO ORDERED.

Dated: February 1, 2012

UNITED STATES DISTRICT JUDGE