IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| RAFAEL A. MARTINEZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., et al.<br><br>　　　　Defendants. | Case No. 11-4624 SC<br><br>ORDER VACATING HEARING |

On February 1, 2012, the Court ordered Plaintiff to show cause why this matter should not be dismissed for failure to prosecute after Plaintiff failed to respond to Defendant's motion to dismiss. ECF No. 19. The Court also set a hearing for February 24, 2012 at 10:00 A.M. to address Plaintiff's failure to respond. Id. Plaintiff's counsel subsequently filed a declaration explaining the situation, ECF No. 22, and the Court granted Plaintiff leave to file an opposition, ECF No. 23. As the Court is satisfied with Plaintiff's response to its order to show cause, the hearing set for February 24, 2012 is hereby VACATED.

IT IS SO ORDERED.

Dated: February 14, 2012　　　　　/s/ Samuel Conti

UNITED STATES DISTRICT JUDGE